

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LACEY PANION; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant - Appellant. | No. 05-17033<br><br>D.C. No. CV-04-00338-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 26 2006

at 10 o'clock and 50 min, A
SUE BEITIA, CLERK

The court is in receipt of appellant's correspondence dated May 19, 2006, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 22 2006

by: Ruben Talavera
Deputy Clerk

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2005\05-17033\06-05-19-dism.wpd

INTERNAL USE ONLY: Proceedings include all events.
05-17033 Panion, et al v. USA

| | |
|---|---|
| LACEY PANION<br>    Plaintiff - Appellee | Mark S. Davis, Esq.<br>FAX 808/545-7802<br>808/524-7500<br>[COR LD NTC ret]<br>DAVIS LEVIN LIVINGSTON GRANDE<br>851 Fort Street<br>Honolulu, HI 96813-4317 |
| GARY PANION<br>    Plaintiff - Appellee | Mark S. Davis, Esq.<br>(See above)<br>[COR LD NTC ret] |

    v.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Defendant - Appellant | R. Michael Burke, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC gov]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Anthony J. Steinmeyer, Esq.<br>FAX 202/307-2551<br>202/514-3388<br>Room 9554 PHB<br>[COR LD NTC aus]<br>Teal Luthy Miller, Esq.<br>FAX 202/514-7964<br>202/514-5048<br>Room 7234<br>[COR LD NTC aus]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Civil Division/Appellate Staff<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 |

```
INTERNAL USE ONLY: Proceedings include all events.
05-17033 Panion, et al v. USA

LACEY PANION; GARY PANION

              Plaintiffs - Appellees

    v.

UNITED STATES OF AMERICA

              Defendant - Appellant
```

```
                                                            MOATT



                       NON-PUBLIC DOCKET FOR
                    Ninth Circuit Court of Appeals

Court of Appeals Docket #: 05-17033                    Filed: 10/24/05
Nsuit: 2440  Other civil rights (USdf)
Panion, et al v. USA
Appeal from: District of Hawaii (Honolulu)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) civil
     2) US
     3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0975-1 : CV-04-00338-SOM
     presiding judge: Susan Oki Mollway, District Judge
     Date Filed: 5/25/04
     Date order/judgment: 8/17/05
     Date NOA filed: 10/13/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: USA: no fee required

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




Docket as of May 10, 2006 11:08 pm            Page 1    NON-PUBLIC
```

------------------------------------------------------------

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
P.O. Box 50129
Honolulu, HI 96850

------------------------------------------------------------

ru
05-17033